Argued June 27, affirmed July 18, 1977

In the Matter of the Marriage of
BECK, *Appellant,*
*and*
BECK, *Respondent—Cross-Appellant.*
(No. 424-262, CA 7440)
566 P2d 209

Frank Bosch, Portland, argued the cause for appellant. With him on the brief was Joss & Bosch, Portland.

Jana T. Gregory, Portland, argued the cause for respondent—cross-appellant. With her on the brief was Gregory & Nichols, Portland.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

Affirmed. *Kitson and Kitson,* 17 Or App 648, 523 P2d 575, Sup Ct *review denied* (1974). Costs to respondent.